CITY OF SANTA ANA
OFFICE OF THE CITY ATTORNEY
LAURA A. ROSSINI (SBN 223471)
ASSISTANT CITY ATTORNEY
CITY OF SANTA ANA
20 CIVIC CENTER PLAZA, M-29
P.O. BOX 1988
SANTA ANA, CALIFORNIA 92702
TELEPHONE:  (714) 647-5201
FACSIMILE: (714) 647-6515
EMAIL: lrossini@santa-ana.org

Attorneys for Defendants, CITY OF SANTA ANA, *erroneously also sued as* the SANTA ANA POLICE DEPARTMENT, OFFICER SERNA, *erroneously sued* as DOE OFFICER FERNA #3201

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN ESCOBAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA ANA, SANTA ANA POLICE DEPARTMENT, DOE OFFICER FERNA#3201, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: CV10-6519 JHN (CWx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY BY ORDERED THAT:**

1. Counsel for the parties and retained consultants and/or experts shall have sole custody and control over the confidential information bate stamped SA149 to SA159 and produced by the City of Santa Ana.

2. These recorded information is deemed confidential, except to the extent set forth within the Order and shall be used solely in connection with this

1

1  litigation and the preparation and trial of this case, or any related appellate
2  proceedings, and not for any other purpose, including any other litigation, and may
3  not be disclosed or disseminated to other persons, including any other counsel other
4  than as set forth in paragraph 5 herein.
5       3.     Counsel for the parties alone will have custody, control and access to
6  the confidential information contained therein, and will be prohibited from
7  releasing or disseminating it, or the information contained therein to other persons
8  including legal counsel other than as set forth in paragraph 5 herein.
9       4.     Counsel for the parties may make copies of the confidential
10 information, but counsel will be prohibited from releasing or disseminating such
11 copies or the information contained therein other than as set forth in paragraph 5
12 herein.
13       5.     The confidential information may be disclosed only in the preparation
14 and trial of this action, or any related appellate proceeding, subject to this
15 stipulation and only to the persons identified in sections a through e listed below. If
16 dissemination under this section occurs, the disclosure shall be accompanied with a
17 copy of this Protective Order and written instructions from counsel directing
18 compliance with same:
19       a.     Counsel and law office personnel for any party to this action
20 including outside counsel assisting in the litigation of the matter;
21       b.     Court personnel including stenographic reporters engaged in
22 such proceedings as are necessarily incident to preparation for trial in this action;
23       c.     Any outside expert or consultant specifically retained and
24 used in connection with this action;
25       d.     Any "in-house" experts designated by the parties to testify at
26 trial in this matter;
27       e.     Any party to this action, however, counsel will maintain custody
28 of the confidential information produced by the City of Santa Ana and no such

1 copy will be turned over to the possession of the individual parties; and

2      f.    Should it be necessary to file copies of the confidential information with the Court to support a motion or for some other purpose, all counsel agree that the confidential information will be lodged (not filed) with the Magistrate Judge or District Court Judge in a sealed envelope along with the courtesy copy of the motion. The file copy of the motion will indicate that the confidential information has been lodged with the Court pursuant to the terms of the protective order and to prevent public dissemination of the confidential information.

    6.    Nothing in this Protective Order is intended to prevent officials or employees of the City of Santa Ana or other authorized government officials from having access to the documents as they would have had access in the normal course of their job duties.

    7.    At the conclusion of the trial of any appeal, or upon other termination of this litigation, the confidential information produced by the City of Santa Ana and bate stamped as SA149 to SA159 shall be tendered back to the City of Santa Ana through its counsel.

    8.    Provisions of this Order shall be in effect until further order of the Court or stipulation by counsel.

**IT IS SO ORDERED**.

Dated: February 2, 2011

                         __/S/ Carla M. Woehrle_____
                         UNITED STATES MAGISTRATE JUDGE